**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Karlheinz Skelton
*Plaintiff*

3:26-cv-01268
*Case No.*

vs.

Stanley Black & Decker, Inc.
*Defendant*

8/25/26
*Date*

## MOTION TO APPEAR PRO HAC VICE

In accordance with the D. Conn. L. Civ. R. 83.1(e), I Joshua Kons, an active member of the Bar of the U.S. District Court for the District of Connecticut, respectfully request that the Court admit Matthew Wilson pro hac vice to the Bar of this Court for the purpose of appearing on behalf of ■ plaintiff(s) ☐ defendant(s) __________ in the action above. As the sponsoring attorney, I am a member of the bar of this Court and have an appearance in this case. The filing fee has been paid and I maintain the address listed below.

By Sponsoring Attorney Joshua Kons
*(print name)*

Address 92 Hopmeadow Street, FL 2

Weatogue, CT 06089

Phone Number 860-920-5180 Email joshuakons@konslaw.com

Federal Bar Number 29159

Signature [signature]

## AFFIDAVIT OF VISTING ATTORNEY

I, Matthew R. Wilson, make this affidavit in support of a motion to appear pro hac vice pursuant to Local Rule 83.1(e):

a) My office information is:

| | |
|---|---|
| Firm | Meyer Wilson Werning, Co. LPA |
| Address | 305 W. Nationwide Blvd<br>Columbus, Ohio 43215 |
| Phone Number | (614) 224-6000 |
| Fax | (614) 442 6066 |
| Email | mwilson@meyerwilson.com |

b) I am a member of the bar of the following court(s), and I include the corresponding bar identification number(s):

| Court | Bar Number *(or indicate if no bar # issued)* |
|---|---|
| See attached complete list | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

c) I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing;

d) I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court;

or, if I cannot so state as to subsections (c) and (d), then I attach a description in full of the circumstances of any such complaint, denial, discipline, resignation, surrender, or

withdrawal, including the reasons therefor, any penalty, sanction or other discipline imposed, whether such discipline was satisfied, and whether I am currently in good standing in such jurisdiction(s);

e) I have fully reviewed and am familiar with the Federal Rules of Civil Procedure (for an attorney seeking admission in a civil case) or Criminal Procedure (for an attorney seeking admission in a criminal case), the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct;

f) I designate the sponsoring attorney as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under this Local Rule 83.1(e), including matters involving grievances filed against the visiting attorney and matters of attorney discipline that relate thereto;

g) I understand that upon admission under this rule I must promptly file with the Clerk of Court a certificate of good standing from the court of the state in which I have my primary office. I acknowledge that the certificate shall be filed no later than 60 days after the date of admission and shall be dated no more than 60 days before the date of admission. I understand that failure to file such certificate will result in the automatic revocation of my visiting attorney status, absent an order of the Court. Furthermore, I understand that upon revocation of my visiting attorney status in one case, the Clerk of the Court shall examine the Court's Docket and revoke my visiting attorney status in all cases in which I have filed an appearance.

Certificate of good standing:

☒ has been included with this filing.

☐ will be filed within 60 days after admission.

h) I will file my appearance with the Court after my admission has been approved.

I hereby certify that the information provided on this form is true, correct, and complete as of this 24th day of August, 2026.

Signed ______________________

Print Name Matthew R. Wilson

Re. 3/26/25

**MATTHEW R. WILSON LIST OF BAR MEMBERSHIPS**

| **Bar** | **Bar Number** | **Date of Admission** | **Status** |
|---|---|---|---|
| State of Ohio | 0072925 | 11/202000 | Active |
| U.S.D.C. Southern Ohio | | 01/18/2001 | Active |
| U.S.C.A. Sixth Circuit | | 10/15/2004 | Active |
| U.S.D.C. Northern Ohio | | 12/18/2006 | Active |
| U.S.D.C. Central Illinois | | 11/20/2006 | Active |
| U.S.C.A. Ninth Circuit | | 10/09/2007 | Active |
| U.S.D.C. Northern Illinois | | 07/22/2008 | Active |
| State of California | 290743 | 06/07/2013 | Active |
| U.S.D.C. Central California | | 06/20/2013 | Active |
| U.S.D.C. Northern California | | 06/21/2013 | Active |
| U.S.D.C. Southern California | | 07/11/2013 | Active |
| U.S.D.C. Eastern California | | 07/15/2013 | Active |
| U.S.D.C. Eastern Wisconsin | | 09/16/2013 | Active |
| U.S.D.C. Western Wisconsin | | 05/30/2014 | Active |
| U.S.C.A. Seventh Circuit | | 03/17/2015 | Active |
| U.S.C.A. Eleventh Circuit | | 07/18/2016 | Active |
| State of Georgia | 871480 | 07/14/2022 | Active |
| Missouri | 76271 | 04/09/2024 | Active |

# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Office of Attorney Services of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Registration and Continuing Legal Education Section of the Supreme Court and that the Office of Attorney Services is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Matthew Ryan Wilson**
Attorney Registration No. **0072925**

was admitted to the practice of law in Ohio on November 20, 2000; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 10th day of August, 2026.

MICHEL JENDRETZKY
*Director, Office of Attorney Services*

Bradley J. Martinez, Esq.
*Deputy Director, Registration and Continuing Legal Education Section*

No. 2026-08-10-1
Verify by email at GoodStandingRequests@sc.ohio.gov