**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Karlheinz Skelton
*Plaintiff*

3:26-cv-01268
*Case No.*

vs.

Stanley Black & Decker, Inc.
*Defendant*

August 18, 2026
*Date*

## MOTION TO APPEAR PRO HAC VICE

In accordance with the D. Conn. L. Civ. R. 83.1(e), I Joshua Kons, an active member of the Bar of the U.S. District Court for the District of Connecticut, respectfully request that the Court admit Brian Levin pro hac vice to the Bar of this Court for the purpose of appearing on behalf of ☒ plaintiff(s) ☐ defendant(s)

Karlheinz Skelton in the action above. As the sponsoring attorney, I am a member of the bar of this Court and have an appearance in this case. The filing fee has been paid and I maintain the address listed below.

By Sponsoring Attorney Joshua Kons
*(print name)*

Address 92 Hopmeadow Street, FL 2
Weatogue, CT 06089

Phone Number 860-920-5180 Email joshuakons@konslaw.com

Federal Bar Number 29159

Signature [signature]

## AFFIDAVIT OF VISTING ATTORNEY

I, Brian Levin, make this affidavit in support of a motion to appear pro hac vice pursuant to Local Rule 83.1(e):

a) My office information is:

| | |
|---|---|
| Firm | Levin Law, P.A. |
| Address | 2665 South Bayshore Drive, PH2B<br>Miami, FL 33133 |
| Phone Number | (305) 402-9050 |
| Fax | (305) 676-4443 |
| Email | brian@levinlawpa.com |

b) I am a member of the bar of the following court(s), and I include the corresponding bar identification number(s):

| Court | Bar Number *(or indicate if no bar # issued)* |
|---|---|
| Florida | 26392 |
| Michigan | P81992 |
| Southern District of Florida | N/A |
| Middle District of Florida | N/A |
| Northern District of Florida | N/A |
| Eastern District of Michigan | N/A |
| Western District of Michigan | N/A |
| Northern District of Illinois | N/A |

c) I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing;

d) I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court;

or, if I cannot so state as to subsections (c) and (d), then I attach a description in full of the circumstances of any such complaint, denial, discipline, resignation, surrender, or

withdrawal, including the reasons therefor, any penalty, sanction or other discipline imposed, whether such discipline was satisfied, and whether I am currently in good standing in such jurisdiction(s);

e) I have fully reviewed and am familiar with the Federal Rules of Civil Procedure (for an attorney seeking admission in a civil case) or Criminal Procedure (for an attorney seeking admission in a criminal case), the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct;

f) I designate the sponsoring attorney as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under this Local Rule 83.1(e), including matters involving grievances filed against the visiting attorney and matters of attorney discipline that relate thereto;

g) I understand that upon admission under this rule I must promptly file with the Clerk of Court a certificate of good standing from the court of the state in which I have my primary office. I acknowledge that the certificate shall be filed no later than 60 days after the date of admission and shall be dated no more than 60 days before the date of admission. I understand that failure to file such certificate will result in the automatic revocation of my visiting attorney status, absent an order of the Court. Furthermore, I understand that upon revocation of my visiting attorney status in one case, the Clerk of the Court shall examine the Court's Docket and revoke my visiting attorney status in all cases in which I have filed an appearance.

Certificate of good standing:

☒ has been included with this filing.

☐ will be filed within 60 days after admission.

h) I will file my appearance with the Court after my admission has been approved.

I hereby certify that the information provided on this form is true, correct, and complete as of this 18th day of August, 20 26.

Signed Brian Levin

Print Name Brian Levin

Re. 3/26/25

# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**BRIAN LEVIN**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* SEPTEMBER 20, 2006, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*




*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this AUGUST 13, 2026.*

*Clerk of the Supreme Court of Florida*

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Elizabeth Kingston-Miller, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

**Brian Levin**

was admitted to the practice of law in the courts of the State of Michigan on

**October 10, 2017**

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: August 12, 2026

Clerk

SEAL OF THE MICHIGAN SUPREME COURT • LANSING •