**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Karlheinz Skelton
*Plaintiff*

3:26-cv-01268
*Case No.*

vs.

Stanley Black & Decker, Inc.
*Defendant*

September 2, 2026
*Date*

## MOTION TO APPEAR PRO HAC VICE

In accordance with the D. Conn. L. Civ. R. 83.1(e), I Joshua Kons, an active member of the Bar of the U.S. District Court for the District of Connecticut, respectfully request that the Court admit Matthew Wilson pro hac vice to the Bar of this Court for the purpose of appearing on behalf of ☒ plaintiff(s) ☐ defendant(s) Karlheinz Skelton in the action above. As the sponsoring attorney, I am a member of the bar of this Court and have an appearance in this case. The filing fee has been paid and I maintain the address listed below.

By Sponsoring Attorney Joshua Kons
*(print name)*

Address 92 Hopmeadow Street, FL 2
Weatogue, CT 06089

Phone Number 860-920-5180 Email joshuakons@konslaw.com

Federal Bar Number 29159

Signature ____________________

# AFFIDAVIT OF VISTING ATTORNEY

I, Matthew Ryan Wilson, make this affidavit in support of

a motion to appear pro hac vice pursuant to Local Rule 83.1(e):

a) My office information is:

| | |
|---|---|
| Firm | Meyer Wilson Werning, Co., LPA |
| Address | 305 W. Nationwide Blvd.<br>Columbus, Ohio 43215 |
| Phone Number | (614) 224 6000 |
| Fax | (614) 224 6066 |
| Email | mwilson@meyerwilson.com |

b) I am a member of the bar of the following court(s), and I include the corresponding bar identification number(s):

| Court | Bar Number<br>*(or indicate if no bar # issued)* |
|---|---|
| State of Ohio | 0072925 |
| State of California | 290743 |
| State of Georgia | 871480 |
| State of Missouri | 76271 |
| SEE Attached sheet with additional Bar Memberships | |
| | |
| | |
| | |

c) I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing;

d) I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court;

or, if I cannot so state as to subsections (c) and (d), then I attach a description in full of the circumstances of any such complaint, denial, discipline, resignation, surrender, or

withdrawal, including the reasons therefor, any penalty, sanction or other discipline imposed, whether such discipline was satisfied, and whether I am currently in good standing in such jurisdiction(s);

e) I have fully reviewed and am familiar with the Federal Rules of Civil Procedure (for an attorney seeking admission in a civil case) or Criminal Procedure (for an attorney seeking admission in a criminal case), the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct;

f) I designate the sponsoring attorney as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under this Local Rule 83.1(e), including matters involving grievances filed against the visiting attorney and matters of attorney discipline that relate thereto;

g) I understand that upon admission under this rule I must promptly file with the Clerk of Court a certificate of good standing from the court of the state in which I have my primary office. I acknowledge that the certificate shall be filed no later than 60 days after the date of admission and shall be dated no more than 60 days before the date of admission. I understand that failure to file such certificate will result in the automatic revocation of my visiting attorney status, absent an order of the Court. Furthermore, I understand that upon revocation of my visiting attorney status in one case, the Clerk of the Court shall examine the Court's Docket and revoke my visiting attorney status in all cases in which I have filed an appearance.

Certificate of good standing:

- [x] has been included with this filing.
- [ ] will be filed within 60 days after admission.

h) I will file my appearance with the Court after my admission has been approved.

I hereby certify that the information provided on this form is true, correct, and complete as of this _____ day of 8/31/2026 | 12:36 PM PDT, 20___.

DocuSigned by:

Signed Matthew Wilson
0525C224D08B491...

Print Name Matthew Ryan Wilson

Re. 3/26/25

**MATTHEW R. WILSON LIST OF BAR MEMBERSHIPS**

| Bar | Bar Number | Date of Admission | Status |
|---|---|---|---|
| State of Ohio | 0072925 | 11/202000 | Active |
| U.S.D.C. Southern Ohio | | 01/18/2001 | Active |
| U.S.C.A. Sixth Circuit | | 10/15/2004 | Active |
| U.S.D.C. Northern Ohio | | 12/18/2006 | Active |
| U.S.D.C. Central Illinois | | 11/20/2006 | Active |
| U.S.C.A. Ninth Circuit | | 10/09/2007 | Active |
| U.S.D.C. Northern Illinois | | 07/22/2008 | Active |
| State of California | 290743 | 06/07/2013 | Active |
| U.S.D.C. Central California | | 06/20/2013 | Active |
| U.S.D.C. Northern California | | 06/21/2013 | Active |
| U.S.D.C. Southern California | | 07/11/2013 | Active |
| U.S.D.C. Eastern California | | 07/15/2013 | Active |
| U.S.D.C. Eastern Wisconsin | | 09/16/2013 | Active |
| U.S.D.C. Western Wisconsin | | 05/30/2014 | Active |
| U.S.C.A. Seventh Circuit | | 03/17/2015 | Active |
| U.S.C.A. Eleventh Circuit | | 07/18/2016 | Active |
| State of Georgia | 871480 | 07/14/2022 | Active |
| Missouri | 76271 | 04/09/2024 | Active |

# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Office of Attorney Services of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Registration and Continuing Legal Education Section of the Supreme Court and that the Office of Attorney Services is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Matthew Ryan Wilson**
Attorney Registration No. **0072925**

was admitted to the practice of law in Ohio on November 20, 2000; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.




IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 10th day of August, 2026.

MICHEL JENDRETZKY
*Director, Office of Attorney Services*

Bradley J. Martinez, Esq.
*Deputy Director, Registration and Continuing Legal Education Section*

No. 2026-08-10-1
Verify by email at GoodStandingRequests@sc.ohio.gov

docusign

## Certificate Of Completion

Envelope Id: DE7D3314-50DE-85F8-8081-36A6B10F89B8 | Status: Completed

Subject: Documents for your DocuSign Signature

Source Envelope:

| | | |
|---|---|---|
| Document Pages: 3 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 3 | Initials: 0 | Aaron Porterfield |
| AutoNav: Enabled | | 305 W Nationwide Blvd |
| EnvelopeId Stamping: Enabled | | Columbus, OH 43215 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | aporterfield@meyerwilson.com |
| | | IP Address: 155.226.129.249 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>8/31/2026 3:26:06 PM | Holder: Aaron Porterfield<br>aporterfield@meyerwilson.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Matthew Wilson<br>mwilson@meyerwilson.com<br>Principal<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br><br>0525C224D08B491...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 2600:387:15:1e18::5<br>Signed using mobile | Sent: 8/31/2026 3:26:37 PM<br>Viewed: 8/31/2026 3:36:00 PM<br>Signed: 8/31/2026 3:36:22 PM |

**Electronic Record and Signature Disclosure:**
Accepted: 8/31/2026 3:36:00 PM
ID: 6f12f452-2576-4c2f-85b4-bd445662fcaa

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 8/31/2026 3:26:37 PM |
| Certified Delivered | Security Checked | 8/31/2026 3:36:00 PM |
| Signing Complete | Security Checked | 8/31/2026 3:36:22 PM |
| Completed | Security Checked | 8/31/2026 3:36:22 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

## Electronic Record and Signature Disclosure

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Meyer Wilson Werning Co., LPA (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

### All notices and disclosures will be sent to you electronically

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

### How to contact Meyer Wilson Werning Co., LPA:

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: trucker@meyerwilson.com

### To advise Meyer Wilson Werning Co., LPA of your new email address

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at trucker@meyerwilson.com and in the body of such request you must state: your

previous email address, your new email address. We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from Meyer Wilson Werning Co., LPA**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to trucker@meyerwilson.com and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Meyer Wilson Werning Co., LPA**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to trucker@meyerwilson.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify Meyer Wilson Werning Co., LPA as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by Meyer Wilson Werning Co., LPA during the course of your relationship with Meyer Wilson Werning Co., LPA.